# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RICHARD L. JOHNSON,**

    **Plaintiff,**

**vs.**                               **CASE NO. 5:08CV262-RH/AK**

**BRIAN DEMARAIS, et al,**

    **Defendants.**

                            **/**

## ORDER SETTING ASIDE ENTRY OF DEFAULT

The Clerk's entry of default (doc. 32) in response to Plaintiff's motion was entered in error and shall be **SET ASIDE**. The motions for entry of default (doc. 32) and for default judgment (doc. 34) are **DENIED**. Defendant Brian Demarais has not been served yet and the United States Marshals Service is in the process of attempting personal service upon him.

**DONE AND ORDERED** this **2nd** day of November, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**