THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD L. JOHNSON,

    Plaintiff,

vs.                                              CASE NO. 5:08cv262-RH/AK

BRIAN DEMARIAIS, et al.,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Offer of Judgment (doc. 46), which defendants shall treat as an offer of judgment, and which requires no further action by the Court. The motion, insofar as it is docketed as a motion, shall be **DEEMED MOOT**.

**DONE AND ORDERED** this _14th_ day of December, 2009.

                                              _s/ A. KORNBLUM_
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**