**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RICHARD JOHNSON,**

 **Plaintiff,**

**vs.**              **CASE NO. 5:08CV262-RH/AK**

**T. R. KNIGHT,**

 **Defendants.**

            /

## O R D E R

  Presently before the Court is Plaintiff's Motion (doc. 51) and Defendant's Motion for Sanctions in response to the motion filed by Plaintiff. (Doc. 52). The Court agrees with Defendant that Plaintiff has filed numerous frivolous papers in this case, and it should stop. It will, however, not impose sanctions unless Plaintiff persists in this practice after entry of this Order. Discovery closed on January 11, 2010, and Plaintiff has through February 15, 2010, to respond with evidentiary materials to the pending motion for summary judgment. (See docs. 29 and 45). **No other papers should be filed in this lawsuit, except this response. Once the Court rules on the pending motion, Plaintiff should file nothing else until instructed by the Court.**

  Accordingly, it is

**ORDERED:**

  1. Plaintiff's Motion (doc. 51) is **DENIED**.

2.  Defendant's Motion (doc. 52) is **GRANTED IN PART**, in that Plaintiff is herein directed by the Court to cease filing unnecessary papers with the Court, but the request for sanctions is **DENIED** at this time.

**DONE AND ORDERED** this  **25th** day of January, 2010.


                    *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**

**No. 5:08cv262-rh/ak**