**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RICHARD JOHNSON,**

    **Plaintiff,**

**vs.**                                               **CASE NO. 5:08CV262-RH/AK**

**T. R. KNIGHT,**

    **Defendants.**

                                        /

**O R D E R**

By previous Order the Court directed Plaintiff to cease filing unnecessary papers and defined specifically and without question what was "necessary." (Doc. 53). The Court declined to levy sanctions at that time, as requested by Defendant, but warned Plaintiff that it would reconsider sanctions if he persisted in this practice after the order was entered. (Doc. 53). This week Plaintiff has filed another unnecessary paper where he argues the merit of the previously filed papers, which the Court has already determined were frivolous or irrelevant to the matter at hand. (Doc. 54).

Accordingly, it is

**ORDERED:**

1. Plaintiff's Motion (doc. 54), insofar as it seeks any relief, is **DENIED**.

2. The Clerk of Court is herein directed to return to the Plaintiff any future papers submitted by him without filing them, except a response to the pending motion for summary judgment filed by Defendant Knight, which is due on or before February 15, 2010.

3.  After the response deadline (February 15, 2010) has expired, the Clerk shall notify the Court and the motion for summary judgment shall be taken up at that time and the issue of sanctions considered in conjunction with that motion.

**DONE AND ORDERED** this **3rd** day of February, 2010.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:08cv262-RH/AK**